**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DOMINICK W. ANDREWS,

        Plaintiff,

v.                                   Case No. 3:12-cv-487-J-34JRK

SANDRA L. TRIPPE, ANTHONY P.
PENOSO, an individual, ANTHONY P.
PENOSO, Attorney, THE LAW PLACE OF
JACKSONVILLE, a Florida Business,

        Defendants.

_____

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 69; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on January 27, 2013. In the Report, Magistrate Judge Klindt recommends that Defendants' Motion to Dismiss (Dkt. No. 54) be granted and that this case be dismissed. See Report at 7. Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 69) is **ADOPTED**.

2. Defendants' Motion to Dismiss (Dkt. No. 54) is **GRANTED**.

3. This case is **DISMISSED**.

4. The Clerk of the Court is directed to enter judgment dismissing the case, terminate any pending motions or deadlines as moot, and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of February, 2013.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Hon. James R. Klindt
Counsel of Record
Pro Se Plaintiff